IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| CLEVELAND JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's notice of appeal (Filing No. 1039). The Court notes defendant has not paid the appeal fee; nor has any motion to proceed *in forma pauperis* has been received. The Court will permit defendant to proceed on appeal *in forma pauperis*. However, defendant has not made a substantial showing of the denial of a constitutional right, and no certificate of appealability will issue. Accordingly,

    IT IS ORDERED:

    1) Defendant is permitted to proceed on appeal *in forma pauperis*.

    3) No certificate of appealability will issue.

    DATED this 11th day of January, 2007.

                                  BY THE COURT:

                                  /s/ Lyle E. Strom
                                  _____
                                  LYLE E. STROM, Senior Judge
                                  United States District Court