```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          8:92CR14
                               )
          v.                   )
                               )
CLEVELAND JOHNSON,             )       ORDER AND JUDGMENT
                               )
               Defendant.      )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that Johnson's Motion under the Provisions of Rule 60(b) "Void Judgment" (Filing No. 1169) is denied.

DATED this 21st day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court